UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        v.                                            ORDER
                                                     08-CR-185

JAMES STEWART,
                       Defendant.

---

       This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1). On August 13, 2009, defendant filed a motion for suppression. On September 17, 2010, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to suppress his statements made on July 28, 2008 be denied.

       Plaintiff filed objections to the Report and Recommendation on October 18, 2010 and the government filed a response thereto. Oral argument on the objections was held on November 17, 2010.

       Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made. Upon a _de novo_ review of the Report and Recommendation, and after reviewing the submissions and hearing oral argument from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress his statements made on July 28, 2008 are denied.

The parties shall appear on December 17, 2010 at 9:00 a.m. for a meeting to set a trial date.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2010